# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CARLOS VIVANCO, EUGENIO
JARAMILLO, and IVAN CABRERA,

    Plaintiffs,

 v.

ALLSTATE INSTALLATIONS, LLC, JON
BUTLER, and LUC PICARD,

    Defendants.

3:09-cv-00711 (CSH)

**ORDER ON MOTION**

October 1, 2010

HAIGHT, Senior District Judge:

Plaintiffs' Motion for Modification of Pre-Trial Scheduling is hereby GRANTED.

**Corporate Defendant All State Installations, LLC must cause successor counsel to appear or before October 15, 2010. The individual Defendants Jon Butler and Luc Picard must cause successor counsel to appear, or appear *pro se*, on or before October 15, 2010.** Plaintiffs may move for a default judgment as to liability against any party who fails to appear by that date. **ANY PARTY THAT FAILS TO APPEAR BY OCTOBER 15, 2010 MAY SUBJECT TO A DEFAULT JUDGMENT.** Plaintiffs' counsel must serve a copy of this Order by certified delivery upon all defendants at their last-known addresses.

Any defendants who do appear must confer with Plaintiffs' counsel and propose a new pre-trial scheduling order, no later than November 1, 2010.

It is SO ORDERED.

Dated: New Haven, Connecticut
   October 1, 2010

       */s/ Charles S. Haight, Jr.*
       Charles S. Haight, Jr.
       Senior United States District Judge